IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-607-01 |
| KENNETH KRALL | : | |

**ORDER**

AND NOW, this  4th  day of August, 2009, upon consideration of Defendant Kenneth Krall's Motion for Discovery (Doc. No. 36), Defendant's Motion Requesting that the Government be Ordered to Produce a Confidential Informant Enabling this Court to Determine the Best Mechanism to Protect the Defendant's Due Process Rights (Doc. No. 42), and Defendant's Motion Requesting that the Government be Ordered to Produce for *in Camera* Inspection all Documents in its Custody or Control that are Responsive to the Subpoena Served upon DEA Special Agent David Morina so that the Court can Determine the Best Mechanism to Protect the Defendant's Due Process Rights (Doc. No. 45), and the Government's Motion to Quash Defense Subpoenas (Doc. No. 50), and all documents submitted in support thereof and in opposition thereto, it is ORDERED as follows:

1. Defendant Kenneth Krall's Motion for Discovery (Doc. No. 36) is DENIED.

2. Defendant's Motion Requesting that the Government be Ordered to Produce a Confidential Informant Enabling this Court to Determine the Best Mechanism to Protect the Defendant's Due Process Rights (Doc. No. 42) is DENIED.

3. Defendant's Motion Requesting that the Government be Ordered to Produce for *in*

*Camera* Inspection all Documents in its Custody or Control that are Responsive to the Subpoena Served upon DEA Special Agent David Morina so that the Court can Determine the Best Mechanism to Protect the Defendant's Due Process Rights (Doc. No. 45) is DENIED.

4. The Government's Motion to Quash Defense Subpoenas (Doc. No. 50) is GRANTED and the Defense Subpoenas are QUASHED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.