IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-607-01 |
| KENNETH KRALL | : | |

**ORDER**

AND NOW, this __9th__ day of __October__, 2009, upon consideration of Defendant's oral Motion For Reconsideration and Defendant's request to suppress evidence seized as a result of the search of Defendant's property on August 30, 2007, and after a hearing in open court, it is ORDERED that the oral Motion and the request is DENIED.[1]

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.

---

[1] This Order and the Memorandum filed herewith deal specifically with the arguments offered by counsel at the suppression hearing based upon *Wong Sun v. United States*, 371 U.S. 471 (1963).